**EXHIBIT A**

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DARREN FERNSTROM AND MARY FERNSTROM, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01655 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS DARREN FERNSTROM AND MARY FERNSTROM** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Darren Fernstrom and Mary Fernstrom and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Darren

2055272.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Darren Fernstrom and Mary Fernstrom - 1**

1  Fernstrom and Mary Fernstrom as to defendant Olin Corporation. All parties to bear their
2  own costs and legal fees incurred to date in this action.
3  Dated: 8/4/05

                    Respectfully submitted,

                    ALEXANDER, HAWES & AUDET, LLP

                    By: _____
                        RICHARD D ALEXANDER, Cal. Bar #48432
                        JEFFREY W/ RICKARD, Cal. Bar #125180
                        RYAN M. HAGAN, Cal Bar #200850
                        152 North Third Street, Suite 600
                        San Jose, CA 95112
                        Telephone: (408) 289-1776
                        Facsimile: (408) 287-1776

                    Attorneys for Plaintiffs Darren Fernstrom and Mary Fernstrom


                    HUSCH & EPPENBERGER, LLC


                    By: /s/ Carol A. Rutter
                        THOMAS M. CARNEY, admitted *pro hac vice*
                        CAROL A. RUTTER, admitted *pro hac vice*
                        190 Carondelet Plaza, Suite 600
                        St. Louis, MO 63105-3441
                        Telephone: (314) 480-1500
                        Facsimile: (314) 480-1505

                        RANDALL C. CREECH, Cal. Bar #65542
                        CREECH, LIEBOW & KRAUS
                        333 West San Carlos Street
                        Suite 1600
                        San Jose, CA 95110
                        Telephone: (408) 993-9911
                        Facsimile: (408) 993-1335

                    Attorneys for Defendant Olin Corporation

2055272.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Darren Fernstrom and Mary Fernstrom - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DARREN FERNSTROM AND MARY FERNSTROM,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01655 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS DARREN FERNSTROM AND MARY FERNSTROM** |

THIS MATTER coming on the motion of Plaintiffs Darren Fernstrom and Mary Fernstrom and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Darren Fernstrom and Mary Fernstrom's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005

*Ronald M. Whyte*

2055272.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Darren Fernstrom and Mary Fernstrom - 3**